**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**WILLIE LEE DAVIS, JR.,**                                                                   **PLAINTIFF**

**v.**                         **CASE NO.  2:16-CV-00120 BSM**

**JEFFREY ANDREWS, et al.**                                                           **DEFENDANTS**

**ORDER**

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 5] have been reviewed. Plaintiff Willie Lee Davis, Jr. has not filed objections. After reviewing the record, the proposed findings and recommendations are adopted. Accordingly, defendant Mark Warner, deputy warden of East Arkansas Regional Unit, is dismissed without prejudice for Davis's failure to state a claim.

IT IS SO ORDERED this 3rd day of October 2016.

_____
UNITED STATES DISTRICT JUDGE