**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**WILLIE LEE DAVIS, JR.**                                                          **PLAINTIFF**

**v.**                       **CASE NO. 2:16-CV-00120 BSM**

**JEFFREY ANDREWS, et al.**                                             **DEFENDANTS**

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney [Doc. Nos. 45, 46] have been reviewed. Plaintiff Willie Lee Davis, Jr. has not filed objections. After reviewing the record, the proposed findings and recommendations are adopted in their entirety.

Accordingly, defendant Jeffrey Andrews is dismissed without prejudice for Davis's failure to obtain service. The partial motion to dismiss [Doc. No. 15] is granted, and the claims for monetary relief against defendants Leon Graham and Jeremy Fryer in their official capacities are dismissed with prejudice. Furthermore, the motion for summary judgment [Doc. No. 19] is granted for Davis's failure to exhaust administrative remedies, and this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of January 2017.

                                                                                                  UNITED STATES DISTRICT JUDGE